Lawrence H. Meuers (SBN 197663)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677

**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| **KINGSBURG APPLE PACKERS, INC. D/B/A KINGSBURG ORCHARDS,** *et al.,* | Case No.: 1:09-cv-00901-AWI-GSA |
| | Chief Judge Anthony W. Ishii |
| Plaintiffs, | |
| vs. | |
| **BALLANTINE PRODUCE CO., INC.,** *et al.,* | |
| Defendants. | |

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND CONTINUING PRELIMINARY INJUNCTION HEARING

Before this Court is the parties' Stipulation to Extend the Temporary Restraining Order and Continue the Preliminary Injunction hearing. Having reviewed the Stipulation, and being advised of no objections, it is ORDERED:

1. The Stipulation to Extend the Temporary Restraining Order and Continue the Preliminary Injunction Hearing is granted.

2. The May 22, 2009 Temporary Restraining Order is extended for ten (10) business days.

3. The June 5, 2009 Preliminary Injunction Hearing is rescheduled to June 22, 2009 at 1:30 p.m.

      4.    Plaintiffs' counsel must promptly serve a copy of this Order upon Ballantine Produce Co., Inc.'s counsel via facsimile or electronic mail.

IT IS SO ORDERED.

**Dated:   June 8, 2009**              **/s/ Anthony W. Ishii**
                                                                  CHIEF UNITED STATES DISTRICT JUDGE