Steven E. Paganetti (SBN 087513)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 224-8462
E-mail: spaganetti@wctlaw.com

Attorneys for Defendant
Ballentine Produce Co., Inc.; David Albertson, Virgil E. Rasmussen, Eric Albertson and Jerry DiBuduo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| KINGSBURG APPLE PACKERS, INC. d.b.a. KINGSBURG ORCHARD,<br><br>Plaintiff,<br><br>vs.<br><br>BALLANTINE PRODUCE CO., INC., VIRGIL E. RASMUSSEN, DAVID S. ALBERTSON, ERIC ALBERTSON AND JERRY DIBUDUO, and Does 1 through 25, inclusive,<br><br>Defendants. | Case Number 1:09-CV-00901-AWI-GSA<br><br>**STIPULATION AND ORDER REGARDING TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** |

   IT IS HEREBY STIPULATED by and between Kingsburg Apple Packers, Inc. d.b.a. Kingsburg Orchard, a California Corporation and David Del Curto, S.A. a Chilean Corporation and Defendants Ballantine Produce Co., Inc., a California Corporation, Virgil E. Rasmussen, David S. Albertson, Eric Albertson and Jerry DiBuduo by and between their

STIPULATION

respective attorneys of record that these Defendants may file a response to Plaintiff's Complaint in this action up to and including August 12, 2009.

WHEREAS, a Consent Injunction and Order thereon was filed with this Court on June 16, 2009 which in part contained a time line for all PACA Trust beneficiaries to serve a verified PACA proof of claim on or before June 29, 2009;

WHEREAS, it is the intention of Plaintiffs to file an Amended Complaint adding new parties to this action;

WHEREAS, in view of the Consent Injunction and Order Defendants Ballantine Produce Co., Inc., a California Corporation, Virgil E. Rasmussen, David S. Albertson, Eric Albertson and Jerry DiBuduo shall have a right to file a response to the Complaint, or in the event of a First Amended Complaint, up to and including August 12, 2009.

Dated: June 16, 2009,

**WILD, CARTER & TIPTON**
A Professional Corporation

By _____/s/_____
STEVEN E. PAGANETTI
Attorneys for Ballentine Produce Co., Inc.;
David Albertson, Virgil E. Rasmussen, Eric
Albertson and Jerry DiBuduo

As authorized on:

Dated: June 16, 2009

**MEUERS LAW FIRM, P.L.**

By _____/s/_____
LAWRENCE MEUERS (SBN 197663)
5395 Park Central Court
Naples, FL 34109
Attorneys for Plaintiffs Kingsburg Apple
Packers, Inc. d.b.a. Kingsburg Orchard and
David Del Curto, S.A.

2

STIPULATION

**ORDER**

BASED UPON THE ABOVE AND GOOD CAUSE APPEARING it is hereby ordered Defendants Ballentine Produce Co., Inc.; David Albertson, Virgil E. Rasmussen, Eric Albertson and Jerry DiBuduo shall have until August 12, 2009 to file a response to either the Complaint or First Amended Complaint should one be filed.

IT IS SO ORDERED.

**Dated:   June 17, 2009**            /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE

3

STIPULATION