IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGSBURG APPLE PACKERS, INC., d.b.a. KINGSBURG ORCHARD,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BALLANTINE PRODUCE CO., INC., VIRGIL E. RASMUSSEN, DAVID S. ALBERTSON, ERIC ALBERTSON AND JERRY DIBUDUO, and Does 1 through 25, inclusive,<br><br>　　　　　Defendants. | **Old Case No. 1:09cv00901 AWI GSA**<br>**New Case No. 1:09cv00901 AWI DLB**<br><br>ORDER DISQUALIFYING<br>MAGISTRATE JUDGE |

　　　Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge. The new case number shall be **1:09cv00901 AWI DLB**. Thus, the matter is now assigned to Magistrate Judge Dennis L. Beck. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

　　　IT IS SO ORDERED.

**Dated:   June 18, 2009**              /s/ **Gary S. Austin**
                                                                   UNITED STATES MAGISTRATE JUDGE