# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KINGSBURG APPLE PACKERS INC. | ) | NO. 1:09-CV-901-AWI-GSA |
| | ) | |
| | ) | ORDER ON INTERVENOR |
| Plaintiff, | ) | PLAINTIFF LOBUE'S LIMITED |
| | ) | OBJECTIONS TO CONSENT |
| v. | ) | INJUNCTION AND EMERGENCY |
| | ) | MOTION FOR RELIEF FROM |
| BALLANTINE PRODUCE Co., et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | (Document #34) |
| _____ | ) | |

On June 26, 2009, LoBue Bros., Inc. ("LoBue") filed a complaint in intervention. On June 27, 2009, LoBue filed limited objections and an emergency motion to the June 18, 2009 consent injunction order, which established PACA claims procedures and various deadlines (Doc. #28). LoBue requests that the court enter an order enlarging the time for the receiver to issue the notice of deadlines. Pursuant to the June 18, 2009 consent injunction order, the deadline for the receiver to issue a notice of deadlines was set for June 29, 2009. On July 2, 2009, Plaintiff Kingsburg Apple Packers, Inc. d/b/a Kingsburg Orchards' ("Kingsburg") filed a response to LoBue's objections and emergency motion.

The court denies LoBue's request for an enlargement of time for the receiver to issue the notice of deadlines because LoBue does not provide any basis for enlarging the time.

With respect to LoBue's motion to modify the consent injunction order, the court will delay taking action on this matter until after July 29, 2009, which is the deadline for other potential Plaintiffs to file a complaint in intervention.

IT IS SO ORDERED.

**Dated:     July 2, 2009**                                      /s/ Anthony W. Ishii
                                                               CHIEF UNITED STATES DISTRICT JUDGE