IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINSBURG APPLE PACKERS, INC., dba KINGSBURG ORCHARDS, et al., <br><br> Plaintiff, <br><br> v. <br><br> BALLANTINE PRODUCE CO., INC., et al., <br><br> Defendants. <br><br>——————————————————— <br> WAGON WHEEL FARMS, INC., <br><br> Intervenor Plaintiff, <br><br> v. <br><br> BALLANTINE PRODUCE CO., INC., <br><br> Defendant. | CASE NO. 1:09-cv-00901 AWI- JLT <br><br> ORDER VACATING FEBRUARY 1, 2010 HEARING DATE RE: MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TAKING MATTER UNDER SUBMISSION |

Pending before the Court is Intervenor Plaintiff Wagon Wheel Farms, Inc.'s ("Plaintiff's") Motion for Leave to File a First Amended Complaint. (Doc. 112.) No party has opposed this motion.

The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230(h). Therefore, IT IS HEREBY ORDERED that the previously

1

1 set hearing date of February 1, 2010, is VACATED, and the parties shall not appear at that time. As of
2 February 1, 2010, the Court will take this matter under submission and will thereafter issue its decision.
3
4 IT IS SO ORDERED.
5 Dated:   **January 26, 2010**                                         **/s/ Jennifer L. Thurston**
                                                                      UNITED STATES MAGISTRATE JUDGE
6