IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGSBURG APPLE PACKERS, INC., dba KINGSBURG ORCHARDS, et al.<br><br>Plaintiff,<br><br>v.<br><br>BALLANTINE PRODUCE, CO., INC., et al.,<br><br>Defendants. | NO. 1:09-CV-00901-AWI-JLT<br><br>ORDER VACATING MARCH 29, 2010 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

    Defendant Bank of the West's motion to dismiss has been set for hearing in this case on March 29, 2010. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 29, 2010, is VACATED, and the parties shall not appear at that time. As of March 29, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    March 23, 2010                /s/ Anthony W. Ishii
                                                CHIEF UNITED STATES DISTRICT JUDGE