Lawrence H. Meuers (SBN 197663)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| KINGSBURG APPLE PACKERS, INC. D/B/A KINGSBURG ORCHARDS, et al. | Case No.: 1:09-cv-00901-AWI-SMS |
| Plaintiffs, | Chief Judge Anthony W. Ishii |
| vs. | |
| BALLANTINE PRODUCE CO., INC., et al., | |
| Defendants. | |

## ORDER GRANTING STIPULATION TO EXTEND APRIL 5, 2010 DEADLINE TO FILE MOTIONS TO DETERMINE VALIDITY OF PACA TRUST CLAIMS

Before this Court is the Stipulation to Extend April 5, 2010 Deadline to File Motions to Determine Validity of PACA Trust Claims. The Court has considered the Stipulation and is otherwise fully advised in the premises. Accordingly, it is

ORDERED AND ADJUDGED that the Stipulation to Extend April 5, 2010 Deadline to File Motions to Determine Validity of PACA Trust Claims is granted.

1 ORDERED AND ADJUDGED that the Kingsburg Group, Comercial Greenvic Group, LoBue Bros., Inc., and RJO Produce Marketing, Inc. have until May 5, 2010 to file Motions to Determine the Validity of their PACA Trust Claims.

DONE AND ORDERED in Chambers this __5th__ day of April, 2010 at Fresno, California.

_____
Honorable Anthony W. Ishii
Eastern District of California