IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINSBURG APPLE PACKERS, INC., dba KINGSBURG ORCHARDS, et al.,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BALLANTINE PRODUCE CO., INC., et al.,<br><br>　　　　Defendants. | Case No. 1:09-cv-00901 AWI- JLT<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE SCHEDULING CONFERENCE<br><br>(Doc. 171) |

　　　　Before the Court is the stipulation of the parties to continue the Scheduling Conference. The parties represent to the Court in their stipulation that they are engaged in negotiations and anticipate settlement within 45 days.

　　　　Based upon this representation, the Court ORDERS the Scheduling Conference, currently set on May 3, 2010, to be continued to July 1, 2010 at 9:00 a.m. The parties are reminded that their Joint Scheduling Conference Statement must be filed no later than seven days before the Scheduling Conference. The parties are encouraged to appear telephonically.

　　　　The parties are advised that the Court does not anticipate that another continuance of the Scheduling Conference will be granted. Should the parties settle the matter before the newly set

Scheduling Conference, the parties are ordered to advise the Court of this event immediately upon its occurrence but no later than June 25, 2010.

IT IS SO ORDERED.

Dated:   **April 27, 2010**                                              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE