# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGSBURG APPLE PACKERS, et al.,  )<br>                                              )<br>             Plaintiffs,                     )<br>                                              )<br>       v.                                    )<br>                                              )<br>BALLANTINE PRODUCE CO., INC.,   )<br>et al.,                                       )<br>                                              )<br>             Defendants.                 )<br>_____) | NO. 1:09-CV-00901 AWI DLB<br><br>ORDER VACATING<br>JUNE 7, 2010 HEARING DATE<br>AND TAKING MATTER<br>UNDER SUBMISSION |

    Defendant Virgil Rasmussen's motion to dismiss has been set for hearing in this case on June 7, 2010.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 7, 2010, is VACATED, and the parties shall not appear at that time.  As of June 7, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   June 3, 2010                           /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE