**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KINGSBURG APPLE PACKERS, INC., dba KINGSBURG ORCHARDS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BALLANTINE PRODUCE CO., INC., et al., <br><br> Defendants. <br><br> RELATED COMPLAINTS-IN-INTERVENTIONS | NO. 1:09-CV-00901 AWI SMS <br><br> ORDER VACATING JUNE 21, 2010 HEARING DATE AND TAKING MATTER UNDER SUBMISSION <br><br> [Document # 178] |

Defendant Bank of the West's motion for determination of good faith settlement has been set for hearing in this case on June 21, 2010.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 21, 2010, is VACATED, and the parties shall not appear at that time.  As of June 21, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   June 16, 2010**            /s/ Anthony W. Ishii
                                CHIEF UNITED STATES DISTRICT JUDGE