# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGSBURG APPLE PACKERS, INC., d/b/a KINGSBURG ORCHARDS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BALLANTINE PRODUCE CO., INC., et al., <br><br> Defendants. | 1:09-CV-00901 AWI JLT <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATION <br><br> [Doc. No. 235] |

Bank of the West filed a Motion for Determination of Good Faith Settlement on May 21, 2010. Defendants Ballantine Produce Co., Inc., David Albertson, Eric Albertson and Jerry DiBuduo filed an opposition on June 7, 2010. Defendant Virgil Rasmussen joined the opposition on June 7, 2010. On December 6, 2010, the Magistrate Judge issued Findings and Recommendation recommending that Bank of the West's Motion for Determination of Good Faith Settlement be GRANTED. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fourteen (14) days of the date of service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendation issued December 6, 2010 is ADOPTED IN FULL; and

2. Bank of the West's Motion for Determination of Good Faith Settlement is GRANTED.

IT IS SO ORDERED.

Dated:     February 8, 2011

CHIEF UNITED STATES DISTRICT JUDGE