```
 1  Thomas E. Campagne, #065375
    Justin T. Campagne, #211825
 2  Wiley R. Driskill, #253913
    Campagne, Campagne & Lerner
 3  A Professional Corporation
    Airport Office Center
 4  1685 North Helm Avenue
    Fresno, California 93727
 5  Telephone: (559) 255-1637
    Facsimile: (559) 252-9617
 6
 7  Attorneys for WAGON WHEEL FARMS, INC.
```

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| KINGSBURG APPLE PACKERS, INC., dba KINGSBURG ORCHARDS, et al.,<br><br>            Plaintiffs,<br><br>    vs.<br><br>BALLANTINE PRODUCE, CO., INC., et al.;<br><br>            Defendants. | Case No. 1:09-CV-00901-AWI<br><br>**STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**<br>**AND**<br>**ORDER** |
| WAGON WHEEL FARMS, INC.,<br><br>            Intervenor Plaintiff,<br><br>    vs.<br><br>BALLANTINE PRODUCE CO., INC., a California Corporation; REDWOOD FARMS, INC., a California Corporation; BABIJUICE CORPORATION OF CALIFORNIA, a California Corporation; BANK OF THE WEST, a California Corporation; DAVID ALBERSTON, an individual; ERIC ALBERTSON, an individual; VIRGIL RASMUSSEN, an individual; RICHARD GRAHAM, an individual,<br><br>            Defendants. | |

1   TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR
2   THE EASTERN DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR
3   ATTORNEYS OF RECORD:

4       Pursuant to this jointly stipulated agreement between Intervening Plaintiff Wagon Wheel Farms, Inc. and Defendants Bank of the West, David Albertson, Eric Albertson, Richard Graham, Virgil Rasmussen, Babijuice Corp. of California, Inc., and Redwood Farms, Inc.; and pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Wagon Wheel Farms, Inc., by and through its attorney, hereby voluntarily <u>dismisses</u> (1) Defendant Bank of the West, (2) Defendant David Albertson, (3) Defendant Eric Albertson, (4) Defendant Richard Graham, (5) Defendant Virgil Rasmussen, (6) Defendant Babijuice Corp. of California, Inc., and (7) Defendant Redwood Farms, Inc. from the above-captioned action <u>with prejudice</u>; each party (Plaintiff and above-named Defendants) to each bear their own attorney's fees and costs.

    A [Proposed] Order is lodged below:

Dated: September ___, 2011    Campagne, Campagne, & Lerner
                              A Professional Corporation


                              By_____
                                 Wiley R. Driskill
                                 Attorneys for Intervening Plaintiff Wagon
                                 Wheel Farms, Inc.


Dated: September ___, 2011    McCormick Barstow, LLP


                              By: _____
                                  Mandy L. Jeffcoach
                                  Attorneys for Defendant Bank of the West

///

///

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF
CIVIL PROCEDURE 41(a)(2) AND ORDER

| | |
|---|---|
| Dated: September ___, 2011 | Wild, Carter & Tipton |
| | |
| | By _____ |
| | Steven Paganetti |
| | Attorneys for Redwood Farms, Inc., Babijuice Corp., David Albertson, Eric Albertson, and Richard Graham |
| | |
| Dated: September ___, 2011 | Gilmore, Wood, Vinnard & Magness |
| | |
| | By: _____ |
| | David M. Gilmore |
| | Attorneys for Virgil Rasmussen |

**ORDER**

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that Defendants Bank of the West, David Albertson, Eric Albertson, Richard Graham, Virgil Rasmussen, Babijuice Corp. of California, Inc., and Redwood Farms, Inc.; are dismissed from the above-captioned action with prejudice, each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   September 28, 2011                  _____
                                             CHIEF UNITED STATES DISTRICT JUDGE

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2) AND ORDER