# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGSBURG APPLE PACKERS, INC. dba KINGSBURG ORCHARDS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BALLANTINE PRODUCE CO., INC., a California corporation, et al., <br><br> Defendants. <br><br> RELATED THIRD PARTY ACTION. | Case No.: 1:09-cv-00901 - AWI - JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT |

On August 29, 2012, Third Party Defendants John D. Pelton and John D. Pelton & Associates, Inc., notified the Court that they had reached a settlement with Third Party Plaintiffs Ballantine Produce Co., Inc.; David S. Albertson; and Eric Albertson.  (Doc. 293).  Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. No later than October 19, 2012, the parties **SHALL** file a stipulated request for dismissal; and
2. All pending dates, motions, conferences and hearings, including the trial date, related to the Third Party Complaint are **VACATED**.

///

1

1 **Failure to comply with this order may be grounds for the imposition of sanctions on counsel or
2 the parties who contributed to violation of this order.  See Local Rules 110, 160.**

5   IT IS SO ORDERED.

6      Dated:   **September 28, 2012**                        /s/ Jennifer L. Thurston
7                                                          UNITED STATES MAGISTRATE JUDGE