UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGSBURG APPLE PACKERS, INC. dba KINGSBURG ORCHARDS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BALLANTINE PRODUCE CO., INC., a California corporation, et al.,<br><br>　　　　Defendants. | Case No.: 1:09-cv-00901 - AWI - JLT<br><br>ORDER TO INTERVENOR PLAINTIFF RJO TO LODGE A PROPOSED ORDER DISMISSING CLAIMS AND DEFENDANTS |
| RJO PRODUCE MARKETING, INC.,<br><br>　　　　Intervenor Plaintiff,<br><br>　　v.<br><br>BALLANTINE PRODUCE CO., INC., a California corporation, et al.,<br><br>　　　　Defendants. | |

///

///

///

///

1

Intervening Plaintiff RJO Marketing, Inc., having filed a stipulation of dismissal under Rule 41(a)(1) of the Federal Rules of Civil Procedure (Doc. 212), **no later than October 5, 2012**, RJO Marketing, Inc. **SHALL** lodge a proposed order at AWIorders@caed.uscourts.gov, dismissing its intervenor complaint without prejudice.

IT IS SO ORDERED.

Dated:   **September 28, 2012**          **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE