**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KINGSBURG APPLE PACKERS, INC. dba KINGSBURG ORCHARDS, et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>BALLANTINE PRODUCE CO., INC., a California corporation, et al.,<br><br>              Defendants. | Case No.: 1:09-cv-00901 - AWI - JLT<br><br>ORDER TO INTERVENOR PLAINTIFF LOBUE BROS., INC., TO SHOW CAUSE WHY THE INTERVENOR COMPLAINT SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| LOBUE BROS., INC.,<br><br>              Intervenor Plaintiff,<br><br>       v.<br><br>BALLANTINE PRODUCE CO., INC., a California corporation, et al.,<br><br>              Defendants. | |

On July 1, 2009, LoBue Bros., Inc., ("LoBue Bros.") filed filed an intervenor complaint against Ballantine Produce Co., Inc.; Vergil E. Rasmussen; David S. Albertson; Eric Albertson; Jerry DiBuduo; and Babijuice Corporation of California, Inc. (Docs. 36-37).  The defendants filed an answer to the intervenor complaint on August 12, 2009.  (Doc. 92). On June 28, 2010, the Court

issued an order authorizing the distribution of funds with respect to PACA claims filed by Plaintiff Kingsburg Apple Packers and intervening plaintiffs, including LoBue Bros. (Doc. 200). Since that time, it appears LoBue Bros. has not taken any action in the case, and appears to have abandoned its claims against the defendants.

The Ninth Circuit explained, "District courts have inherent power to control their dockets," and in exercising that power, a court may dismissal an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). Consequently, a court may dismiss an action based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g., Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal, in part, for failure to prosecute).

Accordingly, LoBue Bros. is **ORDERED** to show cause **within five court days** of the date of service of this Order why the intervening action should not be dismissed for failure prosecute its claims or file a request for dismissal within this same time period.

IT IS SO ORDERED.

Dated:   **September 28, 2012**          **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE