**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KINGSBURG APPLE PACKERS, INC. dba KINGSBURG ORCHARDS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BALLANTINE PRODUCE CO., INC., a California corporation, et al.,<br><br>　　　　　Defendants.<br><hr>SPECTRUM PRODUCE DISTRIBUTING,<br><br>　　　　　Intervenor Plaintiff,<br><br>　　v.<br><br>BALLANTINE PRODUCE CO., INC., a California corporation, et al.,<br><br>　　　　　Defendants. | Case No.: 1:09-cv-00901 - AWI - JLT<br><br>ORDER TO INTERVENOR PLAINTIFF SPECTRUM PRODUCE DISTRIBUTING TO SHOW CAUSE WHY THE INTERVENOR COMPLAINT SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

On September 29, 2009, Spectrum Produce Distributing ("Spectrum") filed a motion to intervene, seeking leave to file a claim out of time. (Doc. 108). The motion was granted by the Court (Doc. 144), and Spectrum filed an intervenor complaint on February 11, 2010. (Doc. 148). Spectrum identified the following defendants in its intervenor complaint: Ballantine Produce Co., Inc.; Vergil E.

1

Rasmussen; David S. Albertson; Eric Albertson; Jerry DiBuduo; and Babijuice Corporation of California, Inc. *Id.* at 2-3. The defendants filed their answer to the intervenor complaint on February 22, 2010. (Doc. 155). Since the filing of the answer, Spectrum has not prosecuted its complaints against the defendants.

The Ninth Circuit explained, "District courts have inherent power to control their dockets," and in exercising that power, a court may dismissal an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). Consequently, a court may dismiss an action based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g., Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal, in part, for failure to prosecute).

Accordingly, Spectrum is **ORDERED** to show cause **within five court days** of the date of service of this Order why the intervening action should not be dismissed for failure prosecute its claims or file a request for dismissal within this same time period.

IT IS SO ORDERED.

Dated:   **September 28, 2012**          /s/ **Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE