**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

| | |
|---|---|
| **KINGSBURG APPLE PACKER, INC. D/B/A KINGSBURG ORCHARDS,** *et al.*, <br><br>     **Plaintiffs,** <br><br> **v.** <br><br> **BALLANTINE PRODUCE CO., INC.,** *et al.*, <br><br>     **Defendants.** <br>_____<br><br> **SPECTRUM PRODUCE DISTRIBUTING, INC.** <br><br>     **Intervenor Plaintiff,** <br><br> **v.** <br><br> **BALLANTINE PRODUCE CO., INC. , et.al.,** <br><br>     **Defendants.** <br>_____ | ) **Case No.: 1:09-cv-00901-AWI-SMS** <br> ) <br> ) **Chief Judge Anthony W. Ishii** <br> ) <br> ) <br> ) <br> ) <br> ) **ORDER DISMISSING INTERVENOR** <br> ) **COMPLAINT** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Upon Intervening Plaintiff Spectrum Produce Distributing, Inc.'s Response to Order to Show Cause and Notice of Dismissal, and for good cause appearing therefore,

IT IS HEREBY ORDERED that all claims by Spectrum Produce Distributing, Inc. against Ballantine Produce Co., Inc., Virgil E. Rasmussen, David S. Albertson, Eric Albertson, Jerry DiBuduo, and Babijuice Corporation of California are dismissed, without prejudice, with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   October 10, 2012

CHIEF UNITED STATES DISTRICT JUDGE

2