Steven E. Paganetti (SBN 087513)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 224-8462
E-mail: spaganetti@wctlaw.com

Attorneys for Defendant
Defendants Ballantine Produce Co., Inc.,
David S. Albertson, Eric Albertson and Jerry Dibuduo

FILED
OCT 19 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| KINGSBURG APPLE PACKERS, INC. dba KINGSBURG ORCHARDS, et al.<br><br>Plaintiff,<br><br>v.<br><br>BALLANTINE PRODUCE CO., INC., et al.,<br><br>Defendants.<br><br>WAGON WHEEL FARMS, INC.,<br><br>Intervenor Plaintiff<br><br>v.<br><br>BALLANTINE PRODUCE CO., INC., a California Corporation; REDWOOD FARMS, INC., a California Corporation; BABIJUICE CORPORATION OF CALIFORNIA, a California Corporation; BANK OF THE WEST, a California Corporation; DAVID ALBERTSON, an individual; ERIC ALBERTSON, an individual; VIRGIL RASMUSSEN, an individual; RICHARD GRAHAM, an individual,<br><br>Defendants | Case Number 1:09-CV-00901-AWI-JLT<br><br>**THIRD-PARTY COMPLAINANT BALLANTINE PRODUCE CO., INC., DAVID S. ALBERTSON AND ERIC ALBERTSON STIPULATED MOTION TO DISMISS CLAIMS WITHOUT PREJUDICE** |

STIPULATED MOTION TO DISMISS CLAIMS

COMES NOW third-party Plaintiff, Ballantine Produce Co., Inc., David S. Albertson and Eric Albertson, and third-party Defendants, John D. Pelton & Associates, Inc., a California corporation, and John D. Pelton, an individual, by and through their respective attorneys of record hereby stipulate to the voluntary dismissal of Ballantine Produce Co., Inc., David S. Albertson and Eric Albertson's claims without prejudice as provided under Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). Further, the parties stipulate to bear their own respective attorneys' fees and costs.

Dated: October 12, 2012.

WILD, CARTER & TIPTON
A Professional Corporation

By _____
STEVEN E. PAGANETTI
Attorneys for Defendant and third-party Claimant, Ballantine Produce Co., Inc., David S. Albertson and Eric Albertson

Dated: October 17, 2012.

CASWELL BELL & HILLISON LLP

By: _____
Kimberly L. Mayhew
Attorney for John D. Pelton & Associates, Inc., and John D. Pelton

It is so Ordered. Dated: 10-19-12

_____
United States District Judge

---

STIPULATED MOTION TO DISMISS CLAIMS