1

2

3

4

5        **IN THE UNITED STATES DISTRICT COURT FOR THE**

6        **EASTERN DISTRICT OF CALIFORNIA**

7

8  KINGSBURG APPLE PACKERS INC.      )      NO. 1:09-CV-901-AWI-JLT
   D/B/A KINGSBURG ORCHARDS, et. al.  )
9                                     )      ORDER ADOPTING FINDINGS AND
                  Plaintiffs,          )      RECOMMENDATION, AND ORDER
10                                     )      DISMISSING THE COMPLAINT IN
        v.                            )      INTERVENTION OF LOBUE BROS.,
11                                     )      INC.
   BALLANTINE PRODUCE Co., Inc., et. al., )
12                                     )      (Doc. Nos. 36, 307)
                  Defendants.          )
13  _____ )
   LOBUE BROS, INC.,                  )
14                                     )
                  Intervenor Plaintiff, )
15                                     )
        v.                            )
16                                     )
   BALLANTINE PRODUCE CO., Inc. et. al., )
17                                     )
                  Defendants.          )
18  _____ )

19

20        LoBue Bros., Inc. filed a complaint in intervention in this case on July 1, 2009.  See Doc.

21  No. 36.  On October 10, 2012, the Magistrate Judge issued a Findings and Recommendation

22  ("F&R") that recommended dismissal of LoBue Bros.'s complaint in intervention based on a

23  failure to prosecute and obey court orders.  See Doc. No. 307.  The F&R was served on the

24  parties and contained notice that any objection to the F&R was to be filed within fourteen days.

25  No party has filed objections to the F&R or responded in any way.

26        In accordance with the provisions of 28 U.S.C. § 636(b), this Court has reviewed this

27  case.  Having carefully reviewed the entire file, the Court finds the F&R to be supported by the

28  record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendations, filed October 10, 2012 (Doc. No. 307), is

        ADOPTED in full; and

2.      The LoBue Bros.'s complaint in intervention (Doc. No. 36) case is DISMISSED

        without prejudice.


IT IS SO ORDERED.


Dated:    November 14, 2012

                                        _____
                                        UNITED STATES DISTRICT JUDGE

2