**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KINGSBURG APPLE PACKERS INC.<br>D/B/A KINGSBURG ORCHARDS, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>BALLANTINE PRODUCE Co., Inc., et. al.,<br><br>Defendants.<br><br>RJO PRODUCE MARKETING, INC.,<br><br>Intervenor Plaintiff,<br><br>v.<br><br>BALLANTINE PRODUCE CO., Inc. et. al.,<br><br>Defendants. | NO. 1:09-CV-901-AWI-JLT<br><br>ORDER ON STIPULATION FOR DISMISSAL AND DISMISSING THE COMPLAINT IN INTERVENTION OF RJO PRODUCE MARKETING, INC.<br><br>(Doc. Nos. 77, 212) |

On August 20, 2010, Plaintiff in intervention RJO Produce Marketing and the Defendants in intervention filed a stipulation for dismissal without prejudice pursuant to Rule 41(a). Although the notice automatically terminated RJO's complaint in intervention, see Fed. R. Civ. Pro. 41(a)(1)(A), the Court will issue an order of dismissal for administrative purposes.

Accordingly, IT IS HEREBY ORDERED that the complaint in intervention filed by Plaintiff in intervention RJO Produce Marketing (Doc. No. 77) is DISMISSED without prejudice pursuant to the parties signed Rule 41(a)(1)(A) stipulation (Doc. No. 212).

IT IS SO ORDERED.

Dated:   November 15, 2012

UNITED STATES DISTRICT JUDGE