1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11   KINGSBURG APPLE PACKERS, INC. dba       )   Case No.: 1:09-cv-00901 - AWI - JLT
     KINGSBURG ORCHARDS, et al.,             )
12                                           )   ORDER TO THIRD PARTY PLAINTIFF JERRY
                Plaintiffs,                  )   DIBUDUO TO PROVIDE A STATUS REPORT
13                                           )   REGARDING HIS CLAIMS
          v.                                 )
14                                           )
     BALLANTINE PRODUCE CO., INC., a         )
15   California corporation, et al.,         )
                                             )
16              Defendants.                  )
     _____)
17                                           )
     AND RELATED CROSS-CLAIMS.               )
18                                           )
     _____)
19

20        On March 5, 2012, the Court granted Bank of the West's motion to compel arbitration and stay

21   the pending action regarding the "Third Party Complaint" filed by Ballantine Produce, David

22   Albertson, Eric Albertson, and Jerry DiBuduo.  (Doc. 282).  The Court ordered the parties to file status

23   reports every sixty days until arbitration was completed, and a joint status report within ten days of the

24   arbitration.  *Id.* at 6.

25        On July 3, 2012, the parties filed a status report informing the Court: "All of the Cross-

26   Claimants excluding Jerry Dibuduo have effectively entered into settlement agreements, which will

27   require the dismissal of the pending cross-claims in this matter. . ."  (Doc. 290 at 2).  In addition, the

28   parties reported, "Jerry Dibuduo[] has agreed to file a dismissal with prejudice against Cross-

1

1   Defendant, Bank of the West, and without prejudice as against Cross-Defendants, John Pelton and

2   Pelton and Associates." *Id.* Although the parties anticipated such a dismissal would be filed within

3   thirty days (*see id.*), one has not been filed.

4        Accordingly, Third Party Plaintiff Jerry DiBuduo **SHALL** provide a status report regarding his

5   claims within fourteen days of the date of service of this order, or in the alternative, file a request for

6   dismissal of his claims in accordance with the status report filed July 3, 2012.

7

8   IT IS SO ORDERED.

9        Dated:   __**November 27, 2012**__        ____**/s/ Jennifer L. Thurston**
10                                               UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28